NB:ALB:MMO
F.#2013R02061

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y
★ MAR 1 0 2016 ★
LONG ISLAND OFFICE

Original Courtesy Copy -
Original Filed Electronically

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------X

UNITED STATES OF AMERICA,

- against -

ASHLEY KRISTINE CASTRO,

Defendant.

----------------------------X

FINAL ORDER OF FORFEITURE

14-CR-014 (SJF)

WHEREAS, on July 15, 2015, ASHLEY KRISTINE CASTRO (the "defendant"), entered a plea of guilty to Count One of the above-captioned Indictment, charging a violation of 18 U.S.C. § 2251(e);

WHEREAS, on August 31, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure finding that all right, title and interest in one Samsung cellphone, Model SCH-U365, serial number A0000040D1A8F4 ( the "Forfeited Property") forfeitable to the United States, pursuant to 18 U.S.C. § 2253(a) as (a) visual depictions described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of such sections; (b) property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; (c) property, real or personal, used or intended to be used to commit or to promote the commission of said

offenses or property traceable to such property, and/or as a substitute asset, pursuant to 21 U.S.C. § 853(p).

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning November 11, 2015 through and including December 10, 2015 and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Forfeited Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 2253(a) and the Preliminary Order of Forfeiture, all right, title, and interest in the Forfeited Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the Department of Homeland Security (DHS) and Immigration and Customs Enforcement (ICE), or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Forfeited Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order and the Preliminary Order of Forfeiture.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail five (5) certified copies of this executed Final Order of Forfeiture to FSA Paralegal Kristen Lake, United States Attorney's Office, Eastern District of New York, 610 Federal Plaza, 5th Floor, Central Islip, New York 11722.

Dated: Central Islip, New York
March 10, 2016

s/ Sandra J. Feuerstein

HONORABLE SANDRA J. FEUERSTEIN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK